USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: 3/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ANTONIO MEDINA,

Defendant.

19 CR 351(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel for the Government, with the consent of counsel for the defendant, requests that the conference currently scheduled for Friday, March 13, 2020 at 2:30 p.m. be adjourned. (See Dkt. No. 50.) The conference shall be rescheduled for Friday, April 3, 2020 at 11:30 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act to April 3, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
13 March 2020

Victor Marrero
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2020

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Antonio Medina*, S1 19 Cr. 351 (VM)

Dear Judge Marrero:

A status conference in the above-captioned case is currently scheduled for March 13, 2020. The Government and Mr. Medina are close to reaching an agreement regarding a disposition of this case. The parties respectfully request that the conference scheduled for March 13 be adjourned by approximately three weeks to allow for the agreement to be finalized. The Government respectfully moves, with the consent of defense counsel, that time be excluded under the Speedy Trial Act through the next conference date. Such an exclusion would be in the interests of justice, as it would allow, among other things, the parties time to discuss possible dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: *Daniel Nessim*
Daniel Nessim
Assistant United States Attorney
(212) 637-2486