```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :     19 CR 351 (VM)
                                   :
         -against-                 :
                                   :         ORDER
ANTONIO MEDINA,                    :
                                   :
              Defendant.           :
-----------------------------------X
```
**VICTOR MARRERO, U.S.D.J.:**

On April 8, 2020, counsel for the above-named defendant submitted an application for bail on defendant's behalf. (See Dkt. No. 62.) The Government is hereby directed to respond to the defendant's application for bail by April 13, 2020. If the Government opposes the defendant's release, it is directed to inform the Court whether the parties consent to a decision and order on the basis of their written submissions. If any party does not consent, the Court may then schedule a teleconference on the bail application. Counsel for the defendant must obtain the defendant's waiver of an appearance before any teleconference may occur, as logistical difficulties occasioned by the ongoing COVID-19 pandemic currently prevent appearance.

**SO ORDERED:**

Dated:    New York, New York
          9 April 2020

_____
                    Victor Marrero
                         U.S.D.J.