**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,       :       **19 CR 351 (VM)**
                                :
      -against-              :
                                :       **ORDER**
ANTONIO MEDINA,             :
                                :
               Defendant.   :
----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

     The Court previously scheduled a conference in the above-referenced matter for June 5, 2020. By letter dated May 29, 2020, counsel for the above-named defendant and the Government request that the conference be adjourned for approximately forty-five days, and that the adjourned time be excluded under the Speedy Trial Act. (See Dkt. No. 80.) Accordingly, it is hereby ordered that the conference currently scheduled for June 5, 2020 shall be rescheduled to July 24, 2020 at 10:00 a.m.

     It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice, and to ensure the safety and health of all parties. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).


**SO ORDERED:**

Dated:   New York, New York
          01 June 2020

                                    Victor Marrero
                                    U.S.D.J.