```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    ORDER

        - v. -                              S1 19 Cr. 351 (VM)

ANTONIO MEDINA,

        Defendant.

- - - - - - - - - - - - - - - - - X
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 4, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       August 10, 2020

SO ORDERED:

_____
Victor Marrero
U.S.D.J.