```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,      :    19 CR 351 (VM)
                               :
        -against-              :
                               :          ORDER
ANTONIO MEDINA,                :
                               :
                Defendant.     :
------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for December 4, 2020 at 11:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         11 August 2020

_____
Victor Marrero
U.S.D.J.