*KIRTON LAW FIRM*
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

November 19, 2020

VIA ELECTRONIC FILING

Hon. Victor Marrero
District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Antonio Medina, 19* cr. 351 (VM)

Dear Judge Marrero:

    I represent Antonio Medina in the above-referenced matter. This Court scheduled a sentencing hearing for December 4, 2020. I request an adjournment of the sentencing hearing to date during the week of January 25, 2021.

    The case has been resolved by plea. I need additional time to retrieve documents from friends and family, of Mr. Medina, in support of a sentencing memorandum. I should be able to retrieve the documents in a few weeks. I request a date during the week of January 25, 2021, for the sentencing hearing.[1] The Government does not object to this application.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

---

[1] In addition, I have a motion to dismiss due on or before January 4, 2021, in a separate criminal case in the Southern District of New York.

1

2

cc: Daniel Nessim, Assistant United States Attorney (via electronic mail).

> The request is granted. The sentencing currently scheduled for December 4, 2020 is adjourned until January 28, 2021 at 10:30 a.m.
>
> **SO ORDERED.**
>
> 11/20/2020
> DATE                           VICTOR MARRERO, U.S.D.J.

2