USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :    19-CR-351 (VM)
                                    :
         - against -                :    ORDER
                                    :
ANTONIO MEDINA,                     :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The sentencing currently scheduled for January 28, 2021 at 10:30 a.m. is adjourned until later that day, January 28, 2021, at 12:00 p.m.

In light of the ongoing public health emergency, the sentencing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**
Dated:    New York, New York
          20 January 2021

_____
Victor Marrero
U.S.D.J.