*KIRTON LAW FIRM*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

January 22, 2021

VIA ELECTRONIC FILING

Hon. Victor Marrero
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Antonio Medina, 19* cr. 351 (VM)

Dear Judge Marrero:

    I represent Antonio Medina in the above-referenced matter. Mr. Medina pleaded guilty to a narcotics conspiracy and is awaiting sentencing. This Court scheduled a sentencing hearing for January 28, 2021. I request a 30-day adjournment of the sentencing hearing.

    I need additional time to finish the sentencing memorandum. The COVID-19 pandemic has affected my ability to meet with my client. Mr. Medina is located at the Metropolitan Detention Center (MDC). MDC canceled in-person attorney visits in December due to an outbreak of the COVID-19 virus. Scheduling phone conferences are challenging at best. Mr. Medina and I have limited time to communicate because MDC is in lockdown. He has approximately one hour every day to perform tasks such as bathing, legal research, and communication with family. I need additional time to engage Mr. Medina in the process. Furthermore, I am still waiting for letters of support from my client's friends and family in Arizona. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

.
s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

---

The request is granted. The sentencing previously scheduled for January 28, 2021 is adjourned until February 25, 2021 at 10:30 a.m.

SO ORDERED.

1/25/2021
DATE

*Victor Marrero, U.S.D.J.*

cc: Daniel Nessim, Assistant United States Attorney (via electronic mail).

2