# KIRTON LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

March 26, 2021

VIA ELECTRONIC FILING

Hon. Victor Marrero
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Antonio Medina, 19* cr. 351 (VM)

Dear Judge Marrero:

    I represent Antonio Medina in the above-referenced matter. Mr. Medina was sentenced yesterday, inter alia, to 66 months in prison. I request that he serve his sentence as close to his hometown of Goodyear, Arizona, as possible. Also, I have the following non-substantive objections to the presentence report:

PAGE 10, PARAGRAPH 41, LINE 1: Miriam Medina (nee Araujo).

PAGE 10, PARAGRAPH 41, LINE 5: Ms. Medina.

PAGE 13, PARAGRAPGH 55, LINE 2: $1,500 bi-weekly.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Daniel Nessim, Assistant United S[tates Attorney]

The changes proposed herein are hereby adopted.

SO ORDERED.

3/29/2021
DATE

/s/ Victor Marrero
VICTOR MARRERO, U.S.D.J.

1